UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 26, 2023

Ms. Dianna Baker Shew
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Mr. John T. Winemiller
Merchant & Gould
9717 Cogdill Road
Suite 101
Knoxville, TN 37701

Re: Case No. 23-5669, *Kayla Gore, et al v. William Lee, et al*
Originating Case No. : 3:19-cv-00328

Dear Counsel,

   This appeal has been docketed as case number **23-5669** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **August 9, 2023**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

               Appellant:    Appearance of Counsel
                             Civil Appeal Statement of Parties & Issues

        Disclosure of Corporate Affiliations
        Application for Admission to 6th Circuit Bar (if applicable)

        Appearance of Counsel
  Appellee: Disclosure of Corporate Affiliations
        Application for Admission to 6th Circuit Bar (if applicable)

  More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

        Sincerely yours,

        s/Ryan E. Orme
        Case Manager
        Direct Dial No. 513-564-7079

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 23-5669

KAYLA GORE; L.G.; K.N.; JAIME COMBS

    Plaintiffs - Appellants

v.

WILLIAM BYRON LEE, In his official capacity as Governor of the State of Tennessee; LISA PIERCEY, In her official capacity as Commissioner of the Tennessee Department of Health

    Defendants - Appellees