UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-5669**

Case Title: **Kayla Gore, et al** vs. **William Lee, et al**

List all clients you represent in this appeal:

**William Byron Lee, in his official capacity as Governor of the State of Tennessee; and Lisa Piercey, in her official capacity as Commissioner of the Tennessee Department of Health**

☐ Appellant          ☐ Petitioner          ☐ Amicus Curiae          ☐ Criminal Justice Act
☑ Appellee           ☐ Respondent         ☐ Intervenor                    (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **James Matthew Rice**          Signature: s/ **James Matthew Rice**

Firm Name: **Office of the Tennessee Attorney General & Reporter**

Business Address: **P.O. Box 20207**

City/State/Zip: **Nashville, TN 37202**

Telephone Number (Area Code): **615-532-6026**

Email Address: **Matt.Rice@ag.tn.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.