UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-5669**

Case Title: **Kayla Gore, et al.** vs. **William Byron Lee, et al.**

List all clients you represent in this appeal:

**Kayla Gore; L.G.; K.N.; Jaime Combs**

- ☑ Appellant
- ☐ Petitioner
- ☐ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Omar Gonzalez-Pagan**   Signature: s/ **Omar Gonzalez-Pagan**

Firm Name: **Lambda Legal Defense and Education Fund, Inc.**

Business Address: **120 Wall Street, 19th Floor**

City/State/Zip: **New York, NY 10005**

Telephone Number (Area Code): **(646) 307-7406**

Email Address: **ogonzalez-pagan@lambdalegal.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.