IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| KAYLA GORE, *et al.*,<br><br>*Plaintiff-Appellants*,<br><br>v.<br><br>WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee, *et al.*,<br><br>*Defendants-Appellees*. | No. 23-5669 |

**CONSENT MOTION FOR A 30-DAY EXTENSION OF TIME
TO FILE OPENING BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26 and Sixth Circuit Rule 26, Plaintiffs-Appellants respectfully request a 30-day extension of time, to and including October 5, 2023, for filing their opening brief. Defendants-Appellees consent to this motion.

1. This case involves Plaintiffs-Appellants' timely appeal of the District Court's decision and order granting Defendants-Appellees' motion to dismiss Plaintiffs-Appellants' challenge to Tennessee's policy prohibiting changes to the sex designation on the birth certificates of transgender people born in Tennessee, under the First and Fourteenth Amendments of the United States Constitution.

2. Pursuant to the Court's briefing letter of July 26, 2023, Plaintiffs-Appellants' opening brief is currently due on September 5, 2023.

3. Plaintiffs-Appellants respectfully request a 30-day extension of time, to and including October 5, 2023, in which to file their opening brief. There is good cause for the requested extension as it is necessary in light of other deadlines and additional conflicts faced by Plaintiffs-Appellants' counsel.

4. Omar Gonzalez-Pagan has principal responsibility for preparing Plaintiffs-Appellants' brief in this case. Mr. Gonzalez-Pagan has several conflicts during August that preclude him from working on the brief as needed. Mr. Gonzalez-Pagan is preparing for a two-day evidentiary preliminary injunction hearing in Texas in *Loe v. Texas*, No. D-1-GN-23-003616 (Travis Cnty. Dist. Ct.), on the week of August 14, for which he is responsible for the examination and cross-examination of multiple expert witnesses. Mr. Gonzalez-Pagan also has a preliminary injunction hearing in Missouri in *Noe v. Parson*, No. 23AC-CC04530 (Cole Cnty. Cir. Ct.), that is currently noticed for August 18, 2023, and has a brief due on August 7, 2023, in *Poe v. Drummond*, No. 4:23-cv-00177-JFH-SH (N.D. Okla.). In addition, Mr. Gonzalez-Pagan has a long-scheduled vacation out-of-town on August 24-31, 2023.

5. Furthermore, in addition to the time conflicts of Plaintiffs-Appellants' lead counsel, other counsel who remain on the case have similar conflicts. For example, Mr. John Winemiller is out-of-town dealing with some personal matters on

August 7-18 and September 1-5, 2023. Mr. Brandt Roessler has a long-scheduled vacation the week of August 21, 2023, and has a motion to dismiss due at the end of August. Mx. Maddy Dwertman has a motion to dismiss due on September 1 and is scheduled to take a long-planned vacation from August 23 to September 6, 2023.

6. Plaintiffs-Appellants are cognizant that this Court "disfavors applications for extensions of time for the filing of briefs." 6th Cir. R. 26(a)(1). However, the Court regularly grants reasonable initial extension motions like this one, particularly when the request is necessary due to counsel's existing conflicts. *See*, *e.g.*, Case No. 22-5807, *State of Tennessee, et al. v. Department of Education, et al.*; Case No. 22-5703, *Deric Lostutter, et al. v. Kentucky, et al.*; Case No. 22-5496, *Laibel v. Lanter*; Case No. 21-5929, *Polyweave Packaging, Inc. v. Buttigieg*; Case No. 22-1257, *Livingston Educations Service Agency v. Becerra*.

7. No previous extensions of time have been sought or granted in this case.

8. An extension is particularly appropriate where, as here, Defendants-Appellees consent to the extension sought and will experience no cognizable harm or prejudice from a short extension of the briefing schedule.

## CONCLUSION

For the foregoing reasons, Plaintiffs-Appellants respectfully request a 30-day extension, to and including October 5, 2023, for their opening brief.

Dated this 5th day of August 2023.

Respectfully submitted,

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan
    *Counsel of Record*
LAMBDA LEGAL DEFENSE
    AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005
(646) 307-7406
ogonzalez-pagan@lambdalegal.org

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF COMPLIANCE

I certify that this motion is proportionately spaced, using Times New Roman, 14-point font. Based on a word count under Microsoft Word, the body of this motion contains 559 words.

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2023, I electronically filed the foregoing brief by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan

*Counsel for Plaintiffs-Appellees*
