UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: __23-5669_____

Case Title: __Kayla Gore, et al._____ vs. __William Byron Lee, et al._____

List all clients you represent in this appeal:

| |
|---|
| Kayla Gore; L.G.; K.N.; Jaime Combs |

☑ Appellant           ☐ Petitioner           ☐ Amicus Curiae           ☐ Criminal Justice Act
☐ Appellee            ☐ Respondent           ☐ Intervenor                           (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: __John T. Winemiller_____    Signature: s/ __John T. Winemiller_____

Firm Name: __Merchant & Gould P.C._____

Business Address: __800 S. Gay Street, Suite 2150_____

City/State/Zip: __Knoxville, TN 37929_____

Telephone Number (Area Code): __(865) 380-5977_____

Email Address: __jwinemiller@merchantgould.com_____

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |