# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **23-5669**    Case Manager: **Ryan E. Orme**

Case Name: **Kayla Gore, et al. v. William Lee, et al.**

Is this case a cross appeal?    ☐ Yes    ☑ No
Has this case or a related one been before this court previously?    ☐ Yes    ☑ No
If yes, state:
   Case Name: _____    Citation: _____
   Was that case mediated through the court's program?    ☐ Yes    ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> Appellants, Plaintiffs below, are KAYLA GORE; L.G.; K.N.; and JAIME COMBS.
>
> Plaintiffs-Appellants appeal from from the district court's Order granting Defendants' Motion to Dismiss (ECF No. 111) and subsequent Entry of Judgment (ECF No. 112) on June 22, 2023, as well as the Court's Memorandum Opinion (ECF No. 110) of the same date.
>
> This appeal is taken against all Defendants: WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee, and RALPH ALVARADO, in his official capacity as Commissioner of the Tennessee Department of Health. Defendant LISA PIERCEY, sued in her official capacity, was replaced by RALPH ALVARADO as Commissioner of the Tennessee Department of Health on January 17, 2023. Plaintiffs therefore substitute her name with that of Commissioner Alvarado.
>
> Plaintiffs-Appellants intend to raise the following issues on appeal:
>
> Whether the district court legally erred in dismissing Plaintiffs' complaint, which alleged that Tennessee's birth certificate policy violated the Equal Protection and Due Process Clauses of the Fourteenth Amendment and the Free Speech Clause of the First Amendment, including but not limited to by failing to construe the pleadings in a light most favorable to Plaintiffs-Appellants and by assuming extraneous, incorrect facts not supported by the pleadings.

**This is to certify that a copy of this statement was served on opposing counsel of record this __9__ day of ____August____ , __2023__ .**

**Omar Gonzalez-Pagan**
Name of Counsel for Appellant