IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| KAYLA GORE, *et al.*,<br><br>*Plaintiff-Appellants*,<br><br>v.<br><br>WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee, *et al.*,<br><br>*Defendants-Appellees*. | No. 23-5669 |

**CONSENT MOTION FOR A TWO-WEEK EXTENSION OF TIME
TO FILE OPENING BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26 and Sixth Circuit Rule 26, Plaintiffs-Appellants respectfully request a two-week (14-day) extension of time, to and including October 19, 2023, for filing their opening brief. Defendants-Appellees consent to this motion.

1.     This case involves Plaintiffs-Appellants' timely appeal of the District Court's decision and order granting Defendants-Appellees' motion to dismiss Plaintiffs-Appellants' challenge to Tennessee's policy prohibiting changes to the sex designation on the birth certificates of transgender people born in Tennessee, under the First and Fourteenth Amendments of the United States Constitution.

1

2. Pursuant to the Court's ruling letter of August 7, 2023, Plaintiffs-Appellants' opening brief is currently due on October 5, 2023.

3. On August 5, 2023, with the consent of Defendants-Appellees, Plaintiffs-Appellants requested a 30-day extension of time, to and including October 5, 2023, in which to file their opening brief. As good cause for the requested extension, Plaintiffs-Appellants delineated a number of other deadlines and additional conflicts faced by Plaintiffs-Appellants' counsel. On August 7, 2023, the court granted the extension and issued a modified briefing schedule, with Plaintiffs-Appellants' opening brief due October 5, 2023.

4. Since then, the Court heard oral arguments on the cases of *L.W. v. Skrmetti*, No. 23-5600, and *Doe 1 v. Thornbury*, No. 23-5609, on September 1, 2023. Both cases involve issues that bear upon Plaintiffs-Appellants' Fourteenth Amendment claims, particularly, their equal protection claim. The panel that heard *L.W.* and *Doe 1* has indicated that it intends to decide these cases by September 30, 2023.

5. Accordingly, in order for Plaintiffs-Appellants to fully digest, incorporate, and address the Court's decisions in *L.W.* and *Doe 1*, Plaintiffs-Appellants respectfully request that the Court extend the deadline for Plaintiffs-Appellants to file their opening brief by two weeks, to and including October 19, 2023.

6. Such extension is sought not for delay, but rather to promote judicial economy and permit Plaintiffs-Appellants to properly address a decision that might have direct bearing on some of their claims.

7. Defendants-Appellees consent to the requested extension but ask that the deadline for their response brief be similarly extended by two weeks, to and including December 4, 2023. Such an extension is necessary because Plaintiffs-Appellants' requested extension, which Defendants-Appellees do not oppose, would cause the deadline for Defendants-Appellees' brief to conflict with long-planned family vacation by Defendants-Appellees' lead counsel.

8. The requested extensions are appropriate here where they would promote judicial economy, serve to provide the Court with fulsome and responsive briefing, and will not result in prejudice to any party.

## CONCLUSION

For the foregoing reasons, Plaintiffs-Appellants respectfully request a two-week (14-day) extension, to and including October 19, 2023, for their opening brief and a concurrent two-week (14-day) extension, to and including December 4, 2023, for Defendants-Appellees' response brief.

Dated this 18th day of September 2023.

4

Respectfully submitted,

 */s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan
    *Counsel of Record*
LAMBDA LEGAL DEFENSE
    AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005
(646) 307-7406
ogonzalez-pagan@lambdalegal.org

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF COMPLIANCE

I certify that this motion is proportionately spaced, using Times New Roman, 14-point font. Based on a word count under Microsoft Word, the body of this motion contains 475 words.

/s/ *Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023, I electronically filed the foregoing brief by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ *Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan

*Counsel for Plaintiffs-Appellees*