No. 23-5669

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

KAYLA GORE ET AL.,

*Plaintiff-Appellants*,

v.

WILLIAM LEE ET AL.,

*Defendant-Appellees*.

_____

On Appeal from the Judgment of the United States
District Court for the Middle District of Tennessee
(No. 3:19-cv-00328)

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Sixth Circuit Rule 26(a), Appellees respectfully request a 30-day extension of time, to and including December 20, 2023, for filing their response brief. Appellants consent to this motion.

1. This case involves a constitutional challenge to Tennessee's birth certificate policies. The district court dismissed Appellants' complaint in a 74-page opinion. Appellants filed a notice of appeal, with an initial due date for their opening brief of September 5, 2023.

1

2. Appellants requested a 30-day extension of time for their opening brief, and this Court granted the requested extension. Then, Appellants requested a second, 14-day extension of time for their opening brief. And, again, this Court granted the requested extension.[1]

3. Appellants filed their opening brief on October 19, 2023. The brief is 58-pages long and raises numerous constitutional questions.

4. Appellees' brief is currently due November 20, 2023.

5. Appellees now respectfully request a 30-day extension of time, to and including December 20, 2023, in which to file their opening brief. There is good cause for the requested extension as it is necessary in light of other deadlines and additional conflicts faced by Appellees' counsel.

6. The grant of Appellants' requested extensions has created several conflicts that impair Appellees' ability to thoroughly address the issues raised in this appeal.

7. James Matthew Rice has principal responsibility for preparing Appellees' brief in this case. During the response briefing period, Mr. Rice must prepare briefs for *Friends of George's, Inc. v. Mulroy*, No. 23-5611 (CA6), *L.E. v. Lee*, No. 3:21-cv-00835 (MDTN), and *Rogers v. Mays*, No. 23A134 (S. Ct.), among other obligations.

---

[1] Appellees consented to both requests.

8. In addition, Mr. Rice has a long-scheduled family vacation from November 11-18, 2023.

9. In addition to the conflicts of Appellees' lead counsel, other counsel on the case have pre-existing deadlines in other matters.

10. The requested extension is not sought for delay. Rather, it will ensure that the Court receives fulsome, responsive briefing.

11. This is Appellees' first request for an extension of time to file their merits brief.

12. Appellants consent to the requested 30-day extension.

## CONCLUSION

Appellees respectfully request a 30-day extension, to and including December 20, 2023, for the response brief.

| | |
|---|---|
| Dated: October 23, 2023 | Respectfully submitted, |
| | <u>s/J. Matthew Rice</u> |
| Jonathan Skrmetti<br>  *Attorney General & Reporter*<br>  *of the State of Tennessee* | J. Matthew Rice<br>  *Associate Solicitor General*<br>  *Counsel of Record* |
| Andrée Sophia Blumstein<br>  *Solicitor General* | Steven J. Griffin<br>  *Senior Counsel for Strategic Litiga-*<br>  *tion and Assistant Solicitor General* |
| Dianna Baker Shew<br>  *Senior Executive Counsel*<br>  *for Trial Advocacy* | Office of Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee<br>(615) 532-6026 |
| Sara E. Sedgwick<br>  *Senior Assistant Attorney General* | matt.rice@ag.tn.gov |
| | *Counsel for Defendant-Appellees* |

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. App. P. 25(d) and 6 Cir. R. 25(f), I certify that a true and exact copy of this brief has been filed via the Court's electronic filing system on October 23, 2023. That system sends a Notice of Docket Activity to all registered attorneys in this case. Under 6 Cir. R. 25(f)(1)(A), "[t]his constitutes service on them and no other service is necessary."

/s/J. Matthew Rice
J. MATTHEW RICE
*Associate Solicitor General*