UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-5669**

Case Title: **KAYLA GORE, ET AL.,** vs. **WILLIAM BYRON LEE, ET AL.,**

List all clients you represent in this appeal:

**GLBTQ Advocates & Defenders**

- ☐ Appellant
- ☐ Petitioner
- ☒ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

☒ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Patience Crozier**   Signature: s/ **Patience Crozier**

Firm Name: **GLBTQ Advocates & Defenders**

Business Address: **18 Tremont Street, Suite 950**

City/State/Zip: **Boston, MA 02108**

Telephone Number (Area Code): **(617) 426-1350**

Email Address: **pcrozier@glad.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---