UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5669**

Case Title: **Gore, et al.** vs. **Lee, et al.**

List all clients you represent in this appeal:

**Equality Ohio Education Fund**

☐ Appellant ☐ Petitioner ☒ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee  ☐ Respondent ☐ Intervenor                (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Chad M. Eggspuehler**   Signature: s/ **Chad M. Eggspuehler**

Firm Name: **Tucker Ellis LLP**

Business Address: **950 Main Avenue, Suite 1100**

City/State/Zip: **Cleveland, OH 44113**

Telephone Number (Area Code): **216-592-5000**

Email Address: **chad.eggspuehler@tuckerellis.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---