UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5669**

Case Title: **Kayla Gore et al.** vs. **William Byron Lee, Officer, et al.**

List all clients you represent in this appeal:

**Kayla Gore, Jaime Combs, L.G., and K.N.**

- ☑ Appellant
- ☐ Petitioner
- ☐ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **C. Joshua Lee**   Signature: s/ **Chunghang Joshua Lee**

Firm Name: **Baker Botts L.L.P.**

Business Address: **700 K Street NW**

City/State/Zip: **Washington, DC 20001**

Telephone Number (Area Code): **202-639-7700**

Email Address: **joshua.lee@bakerbotts.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.