UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5669**

Case Title: **Kayla Gore, et al.** vs. **William Byron Lee, et al.**

List all clients you represent in this appeal:

> **Kayla Gore; L.G.; K.N.; Jaime Combs**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Sasha Buchert**     Signature: s/ **Sasha Buchert**

Firm Name: **Lambda Legal Defense and Education Fund, Inc.**

Business Address: **111 K Street NE, 7th Floor**

City/State/Zip: **Washington, DC 20002-8105**

Telephone Number (Area Code): **202-804-6245**

Email Address: **SBuchert@lambdalegal.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---