UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5669**

Case Title: **Kayla Gore, et al.**  vs. **William Byron Lee, et al.**

List all clients you represent in this appeal:

**Alliance Defending Freedom**

☐ Appellant ☐ Petitioner ☒ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☒ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jonathan A. Scruggs**   Signature: s/ **Jonathan A. Scruggs**

Firm Name: **Alliance Defending Freedom**

Business Address: **15100 N. 90th Street**

City/State/Zip: **Scottsdale, AZ 85260**

Telephone Number (Area Code): **(480) 444-0020**

Email Address: **jscruggs@adflegal.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.