UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5669**

Case Title: **Kayla Gore, et al.** vs. **William Byron Lee, et al.**

List all clients you represent in this appeal:

**Alliance Defending Freedom**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☑ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Suzanne Beecher**    Signature: s/ **Suzanne Beecher**

Firm Name: **Alliance Defending Freedom**

Business Address: **440 First Street NW, Suite 600**

City/State/Zip: **Washington, DC 20001**

Telephone Number (Area Code): **(202) 393-8690**

Email Address: **sbeecher@adflegal.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.