IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| KAYLA GORE, *et al.*,<br><br>*Plaintiff-Appellants*,<br><br>v.<br><br>WILLIAM BYRON LEE, in his official capacity as Governor of the State of Tennessee, *et al.*,<br><br>*Defendants-Appellees*. | No. 23-5669 |

**CONSENT MOTION FOR A 21-DAY EXTENSION OF TIME
TO FILE REPLY BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26 and Sixth Circuit Rule 26, Plaintiffs-Appellants respectfully request a 21-day extension of time, to and including January 31, 2024, for filing their reply brief. Defendants-Appellees consent to this motion.

1. This case involves Plaintiffs-Appellants' timely appeal of the District Court's decision and order granting Defendants-Appellees' motion to dismiss Plaintiffs-Appellants' challenge to Tennessee's policy prohibiting changes to the sex designation on the birth certificates of transgender people born in Tennessee, under the First and Fourteenth Amendments of the United States Constitution.

1

2.  Previously, Plaintiffs-Appellants, with the consent of Defendants-Appellees, requested two extensions (one of 30 days and the other of 14 days) to file their opening brief in order to accommodate conflicting court deadlines and to await the Court's decision in *L.W. v. Skrmetti*, No. 23- 5600, and *Doe 1 v. Thornbury*, No. 23-5609, which involved issues bearing upon Plaintiffs-Appellants' Fourteenth Amendment claims. Thereafter, Defendants-Appellees, with Plaintiffs-Appellants' consent, requested an extension of 30 days to file their response brief. The Court granted each request.

3.  Defendants-Appellees filed their response brief on December 20, 2023, and Plaintiffs-Appellees' reply brief is now due January 10, 2024.

4.  Plaintiffs-Appellants respectfully request a 21-day extension of time, to and including January 31, 2024, in which to file their reply brief. There is good cause for the requested extension as it is necessary in light of other deadlines and additional conflicts faced by Plaintiffs-Appellants' counsel.

5.  Each of Plaintiffs-Appellants counsel has existing conflicts due to pre-existing plans to spend time with family and loved ones during the end-of-the-year holidays.

6.  Plaintiffs-Appellants' counsel also have other litigation deadlines that affect their ability to prepare the reply brief due on January 10, 2024.

7.     For example, Mr. Gonzalez-Pagan, who has principal responsibility for preparing Plaintiffs-Appellants' reply brief in this case and who is currently traveling to visit family during the Christmas holiday, has a reply brief due on December 29, 2023 in *Poe v. Drummond*, No. 23-5110, in the U.S. Court of Appeals for the Tenth Circuit. As lead counsel in the *Poe* case, Mr. Gonzalez-Pagan is not only working on the reply brief but must also prepare for the oral argument already scheduled for January 17, 2024. In addition, Mr. Gonzalez-Pagan has an opposition to a motion to stay a permanent injunction in *C.P. v. Blue Cross Blue Shield of Illinois*, No. 3:20-cv-06145-RJB, due on January 8, 2024 before the U.S. District Court for the Western District of Washington.

8.     Furthermore, Mr. John Winemiller is currently preparing for a trial scheduled for January 8 thru 18, 2024 in *Willis Electric Co. v. Polygroup Limited (Macao Commercial Offshore), et al.*, No. 15-cv-3443, before the U.S. District Court for the District of Minnesota.

9.     Plaintiffs-Appellants are cognizant that this Court "disfavors applications for extensions of time for the filing of briefs." 6th Cir. R. 26(a)(1). However, the extension of time for Defendants-Appellees' response, which Plaintiffs did not oppose, created a conflict with the holiday season and other existing litigation deadlines.

10. The requested extension is not sought for delay. Rather, it will ensure that the Court receives fulsome, responsive briefing.

11. An extension is particularly appropriate where, as here, Defendants-Appellees consent to the extension sought and will experience no cognizable harm or prejudice from a short extension of the briefing schedule.

## CONCLUSION

For the foregoing reasons, Plaintiffs-Appellants respectfully request a 21-day extension, to and including January 31, 2024, for their reply brief.

Dated this 28th day of December 2023.

Respectfully submitted,

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan
   *Counsel of Record*
LAMBDA LEGAL DEFENSE
   AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005
(646) 307-7406
ogonzalez-pagan@lambdalegal.org

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF COMPLIANCE

I certify that this motion is proportionately spaced, using Times New Roman, 14-point font. Based on a word count under Microsoft Word, the body of this motion contains 590 words.

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2023, I electronically filed the foregoing brief by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan

*Counsel for Plaintiffs-Appellees*
