## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: January 02, 2024

Ms. Alison Dawn Andrews
Ms. Sasha Buchert
Ms. Madeleine Rose Dwertman
Mr. Omar Gonzalez-Pagan
Mr. Steven James Griffin
Mr. Joshua Lee
Mr. Trenton Meriwether
Mr. James Matthew Rice
Mr. Brandt Thomas Roessler
Ms. Sara E. Sedgwick
Ms. Dianna Baker Shew
Mr. Gavin Robert Villareal
Mr. John T. Winemiller

Re: Case No. 23-5669, *Kayla Gore, et al v. William Lee, et al*
Originating Case No. : 3:19-cv-00328

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **February 1, 2024**.

Sincerely yours,

s/Ryan E. Orme
Case Manager
Direct Dial No. 513-564-7079

cc: Ms. Suzanne Beecher
    Mr. John J. Bursch
    Ms. Patience Wells Crozier
    Mr. Chad Michael Eggspuehler
    Mr. Anthony J. Powell
    Mr. Jonathan Andrew Scruggs