# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  March 05, 2024

### Notice of Oral Argument at 9:00 a.m. (Central Time) on Thursday, May 2, 2024 in Nashville, Tennessee

Mr. Omar Gonzalez-Pagan
Lambda Legal
120 Wall Street, 19th Floor
New York, NY 10005

Mr. James Matthew Rice
Office of the Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Re:   Case No. 23-5669, *Kayla Gore, et al v. William Lee, et al*
Originating Case No. : 3:19-cv-00328

Dear Counsel:

Your case is scheduled for oral argument at 9:00 a.m. (Central Time) before a three-judge panel *of the Sixth Circuit Court of Appeals* at the Fred D. Thompson Courthouse in Nashville Tennessee.  The time allotted for oral argument is 15 minutes per side.  You may learn the names of the judges sitting on the panel by checking the Court's calendar when it is posted on www.ca6.uscourts.gov two weeks prior to argument.

Only attorneys who plan on presenting oral argument are required to file the *Oral Argument Acknowledgment form*.  Please download this form from the website and file it by **March 18, 2024**.

**On the day of oral argument, report to the Fred D. Thompson Courthouse located at 719 Church Street in Nashville, Tennessee. Once more detailed check-in information becomes available, counsel will be notified.**

If you had previously requested oral argument but now wish to waive it, a motion to that effect should be filed with the court as soon as possible.

The panel may conclude, at a later date, that argument is not necessary.  If that should occur, you will be notified immediately that argument is cancelled, and the case will be submitted on the briefs of the parties and the record.  This possibility should be taken into account when making your travel arrangements, particularly in deciding whether to purchase refundable or non-refundable tickets for air travel.

An attorney who has been appointed under the Criminal Justice Act should make travel arrangements directly with National Travel, tel. (800) 445-0668.  The Clerk's office has provided National Travel with the required Travel Authorization which pays for CJA travel the day before and day of oral argument.  If you are a CJA appointed attorney and choose to make alternative arrangements, reimbursement will be limited to the lesser of the government rate for airfare or actual expenses.

Continuances of oral argument will be granted only in exceptional circumstances, upon the motion of counsel.  Counsel is strongly discouraged from seeking continuances and, where such a request is to be made, the motion should be filed as soon as possible.  **The filing of a motion for a continuance or to waive argument does not guarantee a ruling prior to the scheduled argument.**

Sincerely yours,

s/Robin L. Johnson
Calendar Deputy

cc:  Ms. Alison Dawn Andrews
     Ms. Suzanne Beecher
     Ms. Sasha Buchert
     Mr. John J. Bursch
     Ms. Patience Wells Crozier
     Ms. Madeleine Rose Dwertman
     Mr. Chad Michael Eggspuehler
     Mr. Steven James Griffin
     Mr. Joshua Lee
     Mr. Trenton Meriwether
     Mr. Anthony J. Powell
     Mr. Brandt Thomas Roessler
     Mr. Jonathan Andrew Scruggs
     Ms. Sara E. Sedgwick
     Ms. Dianna Baker Shew
     Mr. Gavin Robert Villareal
     Mr. John T. Winemiller