**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

<table>
<tr><td>Kelly L. Stephens<br>Clerk</td><td>100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988</td><td>Tel. (513) 564-7000<br>www.ca6.uscourts.gov</td></tr>
</table>

Filed: April 24, 2024

Mr. Omar Gonzalez-Pagan
Lambda Legal
120 Wall Street, 19th Floor
New York, NY 10005

Mr. James Matthew Rice
Office of the Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202

Re:    Case No. 23-5669, *Kayla Gore, et al v. William Lee, et al*
       Oral Argument scheduled for 9:00 a.m. (Central Time) on Thursday, May 2, 2024
       **Attorney Check-in Details for Nashville Sitting**

Dear Counsel:

   On the day of oral argument, report to the Fred D. Thompson Courthouse located at 719 Church Street in Nashville, Tennessee. Upon entering the courthouse, proceed through the security checkpoint to the window occupying **suite 1300**, which is in close proximity to security.

   **Counsel is expected to check in no later than 8:30 a.m. (Central Time), regardless of argument sequence.**

                              Sincerely yours,


                              s/Jeanine R. Hance
                              Calendar Deputy


cc:

Ms. Alison Dawn Andrews
   Ms. Suzanne Beecher
   Ms. Sasha Buchert
   Mr. John J. Bursch
   Ms. Patience Wells Crozier
   Ms. Madeleine Rose Dwertman
   Mr. Chad Michael Eggspuehler
   Mr. Steven James Griffin
   Mr. Joshua Lee

Mr. Trenton Meriwether
Mr. Anthony J. Powell
Mr. Brandt Thomas Roessler
Mr. Jonathan Andrew Scruggs
Ms. Sara E. Sedgwick
Ms. Dianna Baker Shew
Mr. Gavin Robert Villareal
Mr. John T. Winemill