**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
501 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988

**Kelly L. Stephens**
**Clerk**                                                                                                               513-564-7000

April 25, 2024

Omar Gonzalez-Pagan, Esq.
James Matthew Rice, Esq.

       Re:   Case No. 23-5669, *Kayla Gore, et al. v. William Lee, et al.*

Dear Counsel:

      The panel requests that counsel for the parties be prepared to answer questions about the role of the "government speech" doctrine in this case.  *See, e.g., Pleasant Grove City v. Summum*, 555 U.S. 460 (2009); *Shurtleff v. City of Boston*, 596 U.S. 243 (2022).

Sincerely,

*/s/ Kelly L. Stephens/*

Kelly L. Stephens

CC:    Alison Dawn Andrews, Esq.                          Trenton Meriwether, Esq.
       Suzanne Beecher, Esq.                                Anthony J. Powell, Esq.
       Sasha Buchert, Esq.                                  Brandt Thomas Roessler, Esq.
       John J. Bursch, Esq.                                 Jonathan Andrew Scruggs, Esq.
       Patience Wells Crozier, Esq.                         Sara E. Sedgwick, Esq.
       Madeleine Rose Dwertman, Esq.                        Dianna Baker Shew, Esq.
       Chad Michael Eggspuehler, Esq.                       Gavin Robert Villareal, Esq.
       Steven James Griffin, Esq.                           John T. Winemill, Esq.
       Joshua Lee, Esq.