

April 29, 2024

**Via CM/ECF**

The Hon. Kelly L. Stephens
Clerk of Court
U.S. Court of Appeals for the Sixth Circuit
100 East Fifth Street, Room 540
Potter Stewart U.S. Courthouse
Cincinnati, Ohio 45202

**Re: Appellants' Notice of Supplemental Authority Pursuant to FRAP 28(j) in *Gore v. Lee*, No. 23-5669**

Dear Clerk Stephens,

Pursuant to Rule of Appellate Procedure 28(j), Plaintiffs-Appellants, by and through the undersigned counsel, inform the Court of subsequently decided authority and attach as **Exhibit A** hereto a copy of an opinion issued by the United States Court of Appeals for the Fourth Circuit sitting *en banc* in *Kadel v. Folwell*, No. 22-1721, and *Anderson v. Crouch*, No. 22-1927, on April 29, 2024.

In *Kadel* and *Anderson*, the Fourth Circuit ruled on the constitutionality and lawfulness of categorical exclusions of coverage for gender-affirming medical care in the North Carolina State Health Plan and West Virginia Medicaid Program, respectively. Slip. Op. at 8. The court ruled that such exclusions violate the equal protection clause of the Fourteenth Amendment. *Id.* at 9.









More specifically, the Fourth Circuit held that the exclusions at issue discriminate based on gender identity and sex and are therefore subject to intermediate scrutiny. Slip. Op. at 23. The court further held that they cannot meet that heightened standard. *Id.* This is similar to Plaintiffs' arguments here. *See* Opening Br. at 32-41; Reply Br. at 8-13.

In addition, twelve of the fourteen judges of the Fourth Circuit sitting *en banc* agreed that *Bostock*'s analysis applies to equal protection claims under the Fourteenth Amendment. *See id.* at 44-45 (majority op.), and *id.* at 90-96 (Richardson, J., dissenting). Plaintiffs argued as much. *See*, *e.g.*, Opening Br. at 33-34.

Sincerely,

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan
**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: (212) 809-8585
Facsimile: (212) 658-9721
ogonzalez-pagan@lambdalegal.org

*Counsel for Plaintiff*

cc: All counsel of record via CM/ECF





## CERTIFICATE OF COMPLIANCE

I hereby certify that this document complies with the word limit set forth in Rule of Appellate Procedure 28(j) because the body of the letter contains no more than 350 words.

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan
**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY 10005

## CERTIFICATE OF SERVICE

On April 29, 2024, a true and correct copy of the foregoing was filed with the electronic case filing (ECF) system of the U.S. Court of Appeals for the Sixth Circuit, which concurrently provides electronic service on all counsel of record.

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan
**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY 10005