**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 1, 2024

Mr. Omar Gonzalez-Pagan
Lambda Legal
120 Wall Street, 19th Floor
New York, NY 10005

Mr. James Matthew Rice
Office of the Attorney General of Tennessee
P.O. Box 20207
Nashville, TN 37202

Re: Case No. 23-5669, *Kayla Gore, et al v. William Lee, et al*
Originating Case No. : 3:19-cv-00328
RE: **TIME CHANGE – START TIME 8:30 A.M. (Central Time)**

Dear Counsel:

This letter serves as a notification of the time change for tomorrow's argument. The hearing will now start at **8:30 a.m. (Central Time)**.

**Counsel is expected to check in no later than 8:00 a.m. (Central Time), regardless of argument sequence.**

Sincerely yours,

s/Jeanine R. Hance
Calendar Deputy

cc:

| | |
|---|---|
| Ms. Alison Dawn Andrews | Mr. Anthony J. Powell |
| Ms. Suzanne Beecher | Mr. Brandt Thomas Roessler |
| Ms. Sasha Buchert | Mr. Jonathan Andrew Scruggs |
| Mr. John J. Bursch | Ms. Sara E. Sedgwick |
| Ms. Patience Wells Crozier | Ms. Dianna Baker Shew |
| Ms. Madeleine Rose Dwertman | Mr. Gavin Robert Villareal |
| Mr. Chad Michael Eggspuehler | Mr. John T. Winemiller |
| Mr. Steven James Griffin | |
| Mr. Joshua Lee | |
| Mr. Trenton Meriwether | |