## Sutton, White, Thapar

**23-5669     Kayla Gore, et al. v. William Lee, et al.**

Kayla Gore, et al.                                                                    ret     Omar Gonzalez-Pagan
*3 Minutes Rebuttal*

**Plaintiffs – Appellants**

**V.**

William Byron Lee, et al.                                                          ret     James Matthew Rice

**Defendants – Appellees**

*Angie Ferguson, Courtroom Deputy*

Plaintiffs appeal the dismissal of their action challenging, on constitutional grounds, the State of Tennessee's policy prohibiting transgender individuals from changing the sex designation on their birth certificates.   (15 Minutes Per Side)