**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
501 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988

**Kelly L. Stephens**
**Clerk**                                                                                         513-564-7000

May 3, 2024

Omar Gonzalez-Pagan, Esq.
Alison Dawn Andrews, Esq.
Sasha Buchert, Esq.
Madeleine Rose Dwertman, Esq.
Joshua Lee, Esq.
Brandt Thomas Roessler, Esq.
Gavin Robert Villareal, Esq.
John T. Winemiller, Esq.
James Matthew Rice, Esq.
Steven James Griffin, Esq.
Trenton Meriwether, Esq.
Sara E. Sedgwick, Esq.
Dianna Baker Shew, Esq.

RE: Case No. 23-5669, *Kayla Gore, et al. v. William Lee, et al.*

Dear Counsel,

    The court requests a supplemental brief from each party addressing the relevance to this dispute of § 1-3-105(c) of the Tennessee Code and of the State's decision to disallow changes based on gender identity for all state forms of identification (*e.g.*, driver's licenses and voter identification cards).

    The briefs, single spaced, should be filed no later than **5:00 pm Eastern on Tuesday May 14, 2024**, and should not exceed ten pages (or 2600 words). Thank you for your prompt attention to this matter.

Sincerely,

*Kelly L. Stephens*

Kelly L. Stephens