**No. 23-5669**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

KAYLA GORE ET AL.,

*Plaintiff-Appellants*,

v.

WILLIAM LEE ET AL.,

*Defendant-Appellees*.

_____

On Appeal from the Judgment of the United States
District Court for the Middle District of Tennessee
(No. 3:19-cv-00328)

## MOTION TO WITHDRAW FROM REPRESENTATION

Dianna Baker Shew, one of the attorneys representing the Defendant-Appellees in this case, respectfully moves for permission to withdraw from representation. In support of this motion, counsel states that Ms. Shew will be leaving the Tennessee Attorney General's office effective June 30, 2024.  Tennessee Solicitor General James Matthew Rice remains the lead counsel.  Appellants consent to this motion. Therefore, Dianna Baker Shew requests that she be permitted to withdraw from representation.

Dated: June __, 2024

                                                Respectfully submitted,

                                                *s/Dianna Baker Shew*

Jonathan Skrmetti                        Dianna Baker Shew
  *Attorney General & Reporter*        *Senior Executive Counsel*
  *of the State of Tennessee*            *for Trial Advocacy*

Steven J. Griffin                          J. Matthew Rice
  *Senior Counsel for Strategic Litiga-*   *Solicitor General*
  *tion and Assistant Solicitor General*   *Counsel of Record*

Sara E. Sedgwick                     Office of Tennessee Attorney General
  *Senior Assistant Attorney General*   P.O. Box 20207
                                                Nashville, Tennessee
                                                (615) 532-1969
                                                dianna.shew@ag.tn.gov

                                                *Counsel for Defendant-Appellees*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. App. P. 25(d) and 6 Cir. R. 25(f), I certify that a true and exact copy of this brief has been filed via the Court's electronic filing system on June __, 2024. That system sends a Notice of Docket Activity to all registered attorneys in this case. Under 6 Cir. R. 25(f)(1)(A), "[t]his constitutes service on them and no other service is necessary."

/s/Dianna Baker Shew
DIANNA BAKER SHEW
*Senior Executive Counsel for Trial Advocacy*