Case No. 23-5669

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

KAYLA GORE; L.G.; K.N.; JAIME COMBS

    Plaintiffs - Appellants

v.

WILLIAM BYRON LEE, In his official capacity as Governor of the State of Tennessee; LISA PIERCEY, In her official capacity as Commissioner of the Tennessee Department of Health

    Defendants - Appellees

Upon consideration of the motion of Dianna Shew to withdraw as counsel for the appellees,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

                                      **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: June 24, 2024