No. 23-5669

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Jul 25, 2024
KELLY L. STEPHENS, Clerk
```

| | |
|---|---|
| KAYLA GORE; L.G.; K.N.; JAIME COMBS, | ) |
| Plaintiffs-Appellants, | ) |
| v. | )  O R D E R |
| WILLIAM BYRON LEE, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF TENNESSEE; LISA PIERCEY, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF THE TENNESSEE DEPARTMENT OF HEALTH, | ) |
| Defendants-Appellees. | ) |

**BEFORE:** SUTTON, Chief Judge; WHITE and THAPAR, Circuit Judges.

Upon consideration of the appellants' motion to extend the deadline to petition for rehearing or rehearing en banc until fourteen (14) days after the United States Supreme Court issues its decision in *United States v. Skrmetti*, No. 23-477, or alternatively, by forty-five (45) days until Monday, September 9, 2024.

The panel grants in part the motion to extend the time to petition for rehearing or rehearing en banc. The clerk should extend the deadline to petition for rehearing or rehearing en banc by 45 days. The panel denies the request to extend the time to petition for rehearing or rehearing en banc until 14 days after the Supreme Court decides *United States v. Skrmetti*.

**ENTERED BY ORDER OF THE COURT**

_Kelly L. Stephens_
Kelly L. Stephens, Clerk