**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 25, 2024

Mr. Omar Gonzalez-Pagan
Lambda Legal
120 Wall Street
19th Floor
New York, NY 10005

           Re:    Case No. 23-5669, *Kayla Gore, et al v. William Lee, et al*
                    Originating Case No.: 3:19-cv-00328

Dear Mr. Gonzalez-Pagan,

   The Court issued the enclosed Order today in this case.

                                                  Sincerely yours,

                                                   s/Beverly L. Harris
                                                   En Banc Coordinator
                                                   Direct Dial No. 513-564-7077

cc:  Ms. Alison Dawn Andrews
      Ms. Suzanne Beecher
      Ms. Sasha Buchert
      Mr. John J. Bursch
      Ms. Patience Wells Crozier
      Ms. Madeleine Rose Dwertman
      Mr. Chad Michael Eggspuehler
      Mr. Steven James Griffin
      Mr. C. Joshua Lee
      Mr. Trenton Meriwether
      Mr. Anthony J. Powell
      Mr. James Matthew Rice
      Mr. Brandt Thomas Roessler
      Mr. Jonathan Andrew Scruggs
      Ms. Sara E. Sedgwick
      Mr. Gavin Robert Villareal
      Mr. John T. Winemiller

Enclosure