**No. 23-5669**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

————————

KAYLA GORE ET AL.,

*Plaintiffs-Appellants*,

v.

WILLIAM LEE ET AL.,

*Defendants-Appellees*.

————————

On Appeal from the Judgment of the United States
District Court for the Middle District of Tennessee
(No. 3:19-cv-00328)

**NOTICE OF WITHDRAWAL**

Trenton Meriwether hereby notifies this Court that he is withdrawing as counsel for Defendants-Appellees because he has accepted employment outside the Tennessee Attorney General's Office. Solicitor General Matthew Rice, who has already appeared in this case, will continue to represent Defendants-Appellees and serve as lead counsel.

1

                Respectfully submitted,

                *<u>s/Trenton Meriwether</u>*
                Trenton Meriwether
                Assistant Attorney General
                Office of Tennessee Attorney General
                P.O. Box 20207
                Nashville, Tennessee
                (615) 253-3211
                trenton.meriwether@ag.tn.gov

## CERTIFICATE OF SERVICE

I, Trenton Meriwether, counsel for Defendants-Appellees and a member of the Bar of this Court, certify that, on September 6, 2024, a copy of the foregoing Notice of Withdrawal was filed electronically through the appellate CM/ECF system. I further certify that all parties required to be served have been served.

/s/*Trenton Meriwether*
Trenton Meriwether