## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 11, 2024

Mr. James Matthew Rice
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202

          Re:  Case No. 23-5669, *Kayla Gore, et al v. William Lee, et al*
                Originating Case No.: 3:19-cv-00328

Dear Mr. Rice,

  This is to advise that the court directs you to file a response to the petition for rehearing en banc in the above case.

  Your response, not to exceed 3900 words, must be filed not later than the close of business on Wednesday, **September 25, 2024**.

  Please note that no extensions will be granted.

                                                  Sincerely yours,

                                                  s/Beverly L. Harris
                                                  En Banc Coordinator
                                                  Direct Dial No. 513-564-7077

cc: Ms. Alison Dawn Andrews
    Ms. Suzanne Beecher
    Ms. Sasha Buchert
    Mr. John J. Bursch
    Ms. Patience Wells Crozier
    Ms. Madeleine Rose Dwertman
    Mr. Chad Michael Eggspuehler

Mr. Omar Gonzalez-Pagan
Mr. Steven James Griffin
Mr. C. Joshua Lee
Mr. Anthony J. Powell
Mr. Brandt Thomas Roessler
Mr. Jonathan Andrew Scruggs
Ms. Sara E. Sedgwick
Mr. Gavin Robert Villareal
Mr. John T. Winemiller