**No. 23-5669**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

KAYLA GORE ET AL.,

*Plaintiffs-Appellants,*

v.

WILLIAM LEE ET AL.,

*Defendants-Appellees.*

_____

On Appeal from the Judgment of the United States
District Court for the Middle District of Tennessee
(No. 3:19-cv-00328)

_____

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO APPELLANTS' PETITION FOR REHEARING EN BANC AND/OR PANEL REHEARING

_____

Pursuant to Federal Rule of Appellate Procedure 26(b) and Sixth Circuit Rule 26(a), Appellees respectfully request a 21-day extension of time, to and including October 16, 2024, for filing a response to Appellants' Petition for Rehearing En Banc and/or Panel Rehearing. Appellants consent to this motion.

1.      This case involves a constitutional challenge to Tennessee's birth certificate policies. The district court dismissed Appellants' complaint, and this Court affirmed. *See Gore v. Lee*, 107 F.4th 548 (6th Cir. 2024).

2.      Appellants filed a motion to extend the deadline by 45 days to petition for rehearing or rehearing en banc, which this Court granted.  *See* Doc. 63-1.

3.      Appellants filed their rehearing petition on September 9, 2024, and Appellees' response is currently due September 25, 2024.

4.      Appellees respectfully request a 21-day extension of time, to and including October 16, 2024, in which to file their response brief.  Although the letter directing a response to the petition for rehearing states "that no extensions will be granted," this Court has previously granted extensions in a similar posture when substantial conflicts arise.  *See, e.g.*, *Rogers v. Mays*, No. 19-5427, Docs. 55, 56 (6th Cir. Aug. 24, 2022) (granting unopposed motion for 30-day extension of time to respond to en banc petition).

5.      The grant of Appellants' requested motion to extend the petition-for-rehearing deadline created a conflict that impairs Appellees' ability to thoroughly address the issues raised in this petition.

6.      James Matthew Rice has principal responsibility for preparing Appellees' response to the petition.  During the response period, Mr. Rice must prepare a response brief for *United States v. Skrmetti*, No. 23-477 (U.S.), which is due October 8, 2024, among other obligations.  Other counsel on this case are also engaged in preparing the *Skrmetti* brief.

7.    The requested extension is not sought for delay.  Rather, it will ensure that the Court receives fulsome, responsive briefing.

8.    Appellants consent to the requested 21-day extension.

## CONCLUSION

Appellees respectfully request a 21-day extension, to and including October 16, 2024, for the response to Appellants' Petition for Rehearing En Banc and/or Panel Rehearing.

Dated: September 11, 2024

Respectfully submitted,

Jonathan Skrmetti
  *Attorney General & Reporter*
  *of the State of Tennessee*

*/s/ J. Matthew Rice*
J. Matthew Rice
  *Solicitor General*
  *Counsel of Record*

Steven J. Griffin
  *Senior Counsel for Strategic Litiga-*
  *tion and Assistant Solicitor General*

Office of Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee
(615) 532-6026
matt.rice@ag.tn.gov

*Counsel for Defendant-Appellee*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. App. P. 25(d) and 6 Cir. R. 25(f), I certify that a true and exact copy of this brief has been filed via the Court's electronic filing system on September 11, 2024.  That system sends a Notice of Docket Activity to all registered attorneys in this case.  Under 6 Cir. R. 25(f)(1)(A), "[t]his constitutes service on them and no other service is necessary."

/s/ J. Matthew Rice
J. MATTHEW RICE
*Solicitor General*