# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: September 13, 2024

Mr. James Matthew Rice  
Office of the Attorney General  
of Tennessee  
P.O. Box 20207  
Nashville, TN 37202

          Re:  Case No. 23-5669, *Kayla Gore, et al v. William Lee, et al*  
                Originating Case No.: 3:19-cv-00328

Dear Mr. Rice,

  This is to advise that the court has granted your motion for an extension of time to file a response to the petition for rehearing en banc.

  Your response must be filed not later than the close of business on Wednesday, **October 16, 2024.**

  No further extensions will be granted.

                                          Sincerely yours,

                                          s/Beverly L. Harris  
                                          En Banc Coordinator  
                                          Direct Dial No. 513-564-7077

cc:  Ms. Alison Dawn Andrews  
      Ms. Suzanne Beecher  
      Ms. Sasha Buchert  
      Mr. John J. Bursch  
      Ms. Patience Wells Crozier  
      Ms. Madeleine Rose Dwertman  
      Mr. Chad Michael Eggspuehler

Mr. Omar Gonzalez-Pagan
Mr. Steven James Griffin
Mr. C. Joshua Lee
Mr. Anthony J. Powell
Mr. Brandt Thomas Roessler
Mr. Jonathan Andrew Scruggs
Ms. Sara E. Sedgwick
Mr. Gavin Robert Villareal
Mr. John T. Winemiller