UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-5669**

Case Title: **Kayla Gore, et al** vs. **William Byron Lee, et al**

List all clients you represent in this appeal:

> **William Byron Lee, in his official capacity as Governor of the State of Tennessee; and Ralph Alvarado, in his official capacity as Commissioner of the Tennessee Department of Health (who was automatically substituted for former Commissioner Lisa Piercey under Fed. R. App. P. 43(c)(2)).**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Virginia N. Adamson**   Signature: s/ **Virginia N. Adamson**

Firm Name: **Office of the Tennessee Attorney General & Reporter**

Business Address: **P.O. Box 20207**

City/State/Zip: **Nashville, TN 37202**

Telephone Number (Area Code): **615-741-3491**

Email Address: **jenna.adamson@ag.tn.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.